STATE OF CONNECTICUT *v.* ANDREAS VAN DER WERFF

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 330, is denied.

*Gerald M. Klein,* in support of the petition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* BENJAMIN F. RALSTON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 660, is granted.

*Neil A. Lieberthal* and *Richard Emanuel,* in support of the petition.

*C. Robert Satti, Jr.,* assistant state's attorney, in opposition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* GLADYS HOBSON

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 13, is denied.

*John R. Williams,* in support of the petition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* EDWARD PALMER

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 496, is denied.

*John R. Williams,* in support of the petition.

*James G. Clark,* deputy assistant state's attorney, in opposition.

Decided September 24, 1986